# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| BOBBY JORDAN and SHERRI BELL, INDIVIDUALLY and AS CO-ADMINISTRATORS OF THE ESTATE OF MALCOLM JORDAN, DECEASED, and HEATHER DOUTHITT, AS NATURAL MOTHER and GUARDIAN OF LUCAS MICHAEL JORDAN, a minor, <br><br> Plaintiffs, <br> v. <br><br> ARNOLD MOVING COMPANY, INC. D/B/A A. ARNOLD WORLD CLASS RELOCATION, VLADIMIR H. BALSA and TECHNOLOGY INSURANCE COMPANY, <br><br> Defendants. | Civil Action File No. 4:16-CV-00272 |

## JOINT MOTION FOR APPROVAL OF A GLOBAL SETTLEMENT INVOLVING A MINOR

COME NOW, Plaintiffs and Defendants in the above-captioned matter and file this Joint Motion for Approval of A Global Settlement Involving A Minor and showing this Honorable Court as follows:

As more fully set forth in the Parties' Brief in Support of their Joint Motion, the parties respectfully request that this Honorable Court enter an order approving

the proposed global settlement involving a minor pursuant to O.C.G.A. § 29-3-3. In support of their motion the parties rely on all pleadings in this matter and the Parties' Brief in Support of their Joint Motion including all exhibits.

Respectfully submitted and consented to this 21st day of February, 2018 by:

FRIED ROGERS GOLDBERG LLC

*/s/ Brian T. Mohs*
JOSEPH A. FRIED
GEORGIA STATE BAR NUMBER: 277251
BRIAN T. MOHS
GEORGIA STATE BAR NUMBER: 228033

*ATTORNEYS FOR PLAINTIFFS*

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E. - SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:   404-591-1800
FACSIMILE:   404-591-1801
E-MAIL:   JOE@FRG-LAW.COM
E-MAIL:   BRIAN@FRG-LAW.COM

CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

By: /s/ Alexis L. Morris
(Signed by Brian T. Mohs with express permission)
Michael D. Hoffer
Georgia State Bar Number: 359493
Alexa L. Morris
Georgia State Bar Number: 995229

*ATTORNEYS FOR DEFENDANTS*

2

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
Telephone: 404-881-2622
Facsimile:  404-881-2630
Email:      mhoffer@cmlawfirm.com
Email:      amorris@cmlawfirm.com

**CERTIFICATE OF COMPLIANCE WITH N.D.GA. LOCAL RULE 5.1B**

This is to certify that this Pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B.

This 21st day of February, 2018.

           **FRIED ROGERS GOLDBERG LLC**

           */s/ Brian T. Mohs*
           BRIAN T. MOHS
           GEORGIA STATE BAR NUMBER: 228033

           *ATTORNEYS FOR PLAINTIFFS*

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE: 404-591-1800
FACSIMILE: 404-591-1801
E-MAIL: BRIAN@FRG-LAW.COM

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| BOBBY JORDAN and SHERRI BELL, INDIVIDUALLY and AS CO-ADMINISTRATORS OF THE ESTATE OF MALCOLM JORDAN, DECEASED, and HEATHER DOUTHITT, AS NATURAL MOTHER and GUARDIAN OF LUCAS MICHAEL JORDAN, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD MOVING COMPANY, INC. D/B/A A. ARNOLD WORLD CLASS RELOCATION, VLADIMIR H. BALSA and TECHNOLOGY INSURANCE COMPANY, <br><br> Defendants. | Civil Action File No. 4:16-cv-00272 |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing **JOINT MOTION FOR APPROVAL OF A GLOBAL SETTLEMENT INVOLVING A MINOR** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

5

Michael Hoffer and Alexa Morris
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
Meridian II, Suite 2000 - 275 Scientific Drive
Norcross, GA 30092
mhoffer@cmlawfirm.com
amorris@cmlawfirm.com

ATTORNEYS FOR DEFENDANTS

This 21st day of February, 2018.

**FRIED ROGERS GOLDBERG LLC**

*/s/ Brian T. Mohs*
BRIAN T. MOHS
GEORGIA STATE BAR NUMBER: 228033

*ATTORNEYS FOR PLAINTIFF*

THREE ALLIANCE CENTER
3550 LENOX ROAD, N.E., SUITE 1500
ATLANTA, GEORGIA 30326
TELEPHONE:   404-591-1800
FACSIMILE:   404-591-1801
E-MAIL:   BRIAN@FRG-LAW.COM