# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

### 4:16-cv-00272-HLM
### Jordan et al v. Arnold Moving Company, Inc. et al
### Honorable Harold L. Murphy

Minute Sheet for proceedings held In Open Court on 04/18/2018.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:30 P.M.   COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:30              DEPUTY CLERK: Sam Johnston
OFFICE LOCATION: Rome

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joseph Fried representing Bobby Jordan<br>Joseph Fried representing Heather Douthitt<br>Joseph Fried representing Sherri Bell<br>Brian Mohs representing Bobby Jordan<br>Brian Mohs representing Heather Douthitt<br>Brian Mohs representing Sherri Bell<br>** Alexa L. Morris representing the defendant |
| PROCEEDING CATEGORY: | |
| MOTIONS RULED ON: | [50]Motion for Settlement GRANTED |
| MINUTE TEXT: | Hearing for Settlement - Plaintiff spoke to the terms of the settlement and outlined the settlement distribution; The Court having reviewed the documents and heard the statements from the parties, the Court finds the settlement reasonable. Further, the Court finds the attorney fees reasonable, The Court orally grants the motions for settlement and attorney fees as presented. All the requested relief in the motion is approved. |